# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **5:11-CR-30** |
| | § | |
| **DANNY WOOD** | § | |
| | § | |
| | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and the local rules for the

assignment of duties to United States magistrate judges, this cause of action is hereby

**REFERRED** to United States Magistrate Judge Caroline M. Craven for the purpose of hearing

and entering a report and recommendation on Defendant's plea.

**IT IS SO ORDERED.**

**SIGNED this 9th day of November, 2011.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE